UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE
HONORABLE FREDA L. WOLFSON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 19-cr-00134(FLW) |
| v. | : | CONSENT ORDER MODIFYING BAIL |
| OMAR COUNCIL | : | |

This matter being opened to the court by Mark W. Catanzaro, Esquire, counsel for the defendant, Omar Council, and with the consent of the Government, J. Brendan Day, Assistant United States Attorney appearing and Pretrial Services Officer Nicholas Zotti not opposing the request, and for good cause shown;

IT IS on this 16th day of September, 2020, hereby **ORDERED** that the Omar Council's order setting conditions of release entered on February 7, 2020 is hereby amended to permit Omar Council to obtain employment approved by Pretrial Services;

IT IS FURTHER ORDERED that all other aspects of the February 7, 2020 order setting conditions of releases shall remain in place.

_____
DOUGLAS E. ARPERT
United States Magistrate Judge

I hereby consent to entry and form of the within order.

_____
J. Brendan Day
Assistant United States Attorney

_____
Mark W. Catanzaro
Attorney for Defendant

RECEIVED

SEP 16 2020

DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE